IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL ARNETT                                              PLAINTIFF

    V.                    Civil No. 09-6068

SHERIFF DAVID TANNER;
RICK LOYD, Jail Administrator,
Clark County Jail and RICK
WINGFIELD, Chief Deputy, Clark
County Sheriff's Department                                 DEFENDANTS

## O R D E R

On this 3rd day of February 2010, there comes on for consideration the report and recommendation filed in this case on January 13, 2010, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 5). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Motion for Leave to Proceed In Forma Pauperis (doc. 4) is DENIED, and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. This ruling does not affect Plaintiff's ability to proceed in case-numbered 6:09cv6058.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge