IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MICHAEL ARNETT                                                    PLAINTIFF

    V.                    Civil No. 09-6068

SHERIFF DAVID TANNER;
RICK LOYD, Jail Administrator,
Clark County Jail and RICK
WINGFIELD, Chief Deputy, Clark
County Sheriff's Department                                       DEFENDANTS

## ORDER

Now on this 8th day of February 2010, there comes on for consideration Plaintiff's objections to the report and recommendation of the Honorable Barry A. Bryant. (Doc. 9). Plaintiff's objections are untimely. On February 3, 2010, the Court adopted Judge Bryant's report and recommendation and dismissed Plaintiff's complaint for failing to timely return his application to proceed in forma pauperis (doc. 6). On that date, Plaintiff filed a change of address with the Court, another motion to proceed IFP, and untimely objections to the report and recommendation explaining his failure to timely return the form.

Accordingly, the Court directs the U.S. District Clerk to reopen the case for consideration of Plaintiff's Motion to Proceed IFP (doc. 8).

IT IS SO ORDERED.

                                                /s/ Robert T. Dawson
                                              Honorable Robert T. Dawson
                                              United States District Judge

AO72A
(Rev. 8/82)